IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CRYSTAL S. BLYE,

Plaintiff,

v.

BIO-MEDICAL APPLICATIONS OF
ILLINOIS, INC.,

Defendant.

Case No. 22-cv-2300 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 7/7/2023

MONICA A. STUMP, Clerk of Court

s/ Tina Gray, Deputy Clerk

**Approved:** *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**